UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-23150-CIV-SEITZ/WHITE

JOSHUA HAMILTON,

    Petitioner,

v.

WALTER A. McNEIL,

    Respondent.
_____/

## ORDER AFFIRMING AND ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE

THIS MATTER is before the Court upon the July 9, 2010 Report and Recommendation [DE-23] ("R&R") of the Honorable Patrick White, United States Magistrate Judge, to which Hamilton has not filed an objection. Judge White recommends denying all three claims in Hamilton's Petition For Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 for the following reasons. First, Judge White recommends that Hamilton's claim that his appellate counsel was ineffective for not arguing on direct appeal that the trial court's reading of the standard jury instruction on excusable homicide negated his theory of self-defense fails because his trial counsel did not object to the final jury instructions, and the instruction did not render his trial fundamentally unfair. Second, Judge White recommends that Hamilton's claim that his conviction was unlawful due to improper comments the prosecutor made during the State's rebuttal also fails. He found that the state appellate court's decisions that the trial court's failure to sustain proper objections was harmless error, and its refusal to declare a mistrial was proper, were factually reasonable and in accordance with applicable federal principles. Finally, Judge White recommends that Hamilton's claim that the trial court erred in instructing the jury he had to prove his claim of self-defense beyond a reasonable doubt fails because

it is an issue of state law not cognizable on federal habeas review and because Hamilton mischaracterizes the trial court's instruction in arguing that it was improper.

Having reviewed *de novo* Palmer's Petition, Judge White's thorough R&R, the record and pertinent legal authorities, the Court finds that Judge White's factual determinations are not clearly erroneous and he correctly applied the law to those facts. Therefore, the Court will affirm and adopt Judge White's R&R, and dismiss the Petition. Accordingly, it is hereby

ORDERED that:

(1)  The Report and Recommendation of Magistrate Judge Patrick White [DE-23] is AFFIRMED and ADOPTED.

(2)  Petitioner's Petition For Writ of Habeas Corpus under 28 U.S.C. §2254 [DE-1] is DENIED.

(3)  All pending motions not otherwise ruled upon are DENIED AS MOOT and this case is CLOSED.

DONE and ORDERED in Miami, Florida, this 4th day of August, 2010.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:
Counsel of Record/*Pro Se* Parties